UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, NATIONAL ASSOCIATION
and PNC EQUIPMENT FINANCE, LLC,

    Plaintiffs,

v.                                    Case No: 2:18-cv-626-FtM-99CM

STEVEN P. PHARIS and JODI-ANN
PHARIS,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on a Joint Status Report (Doc. 13) filed on January 2, 2019. This case was previously stayed pending mediation and settlement discussions. (Doc. 12). The parties state that they have failed to settle and request the Court lift the stay. The Court will lift the stay and impose certain deadlines, set forth below.

Accordingly, it is now

**ORDERED:**

(1)     The stay in this case is lifted and the Clerk is directed to remove the stay flag from the docket.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) Defendants' response to the Complaint is due by **January 22, 2019**.

(3) The parties shall file a Case Management Report by **February 7, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of January, 2019.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record